670

(132 So. 921)

**Corbit NICKERSON v. STATE.**
7 Div. 698.

Court of Appeals of Alabama.
Jan. 20, 1931.

RICE, J.
Affirmed.

(134 So. 923)

**Homer NOBLETT v. STATE.**
6 Div. 25.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Affirmed.

(134 So. 923)

**Danny ODOM v. STATE.**
3 Div. 678.

Court of Appeals of Alabama.
May 19, 1931.

BRICKEN, P. J.
Affirmed.

(130 So. 925)

**Oscar OLSEN v. STATE.**
1 Div. 935.

Court of Appeals of Alabama.
Nov. 18, 1930.

SAMFORD, J.
Affirmed.

(138 So. 924)

**Bob O'REAR v. STATE.**
6 Div. 42.

Court of Appeals of Alabama.
Dec. 15, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 917)

**Howard ORR v. STATE.**
8 Div. 231.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 921)

**Luther ORR v. STATE.**
8 Div. 149.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(137 So. 924)

**Coma OSBORNE v. STATE.**
1 Div. 42.

Court of Appeals of Alabama.
Nov. 17, 1931.

SAMFORD, J.
Appeal dismissed.